**Order entered January 22, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00988-CV

### COREY STEELE, Appellant

### V.

### MARK HUMPHREYS, ET AL., Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-04082

## ORDER

Before the Court is appellant's January 17, 2020 motion, requesting findings pursuant to rule 296 of the Texas Rules of Civil Procedure concerning this Court's January 9, 2020 order denying his motion to supplement the clerk's record. *See* TEX. R. CIV. P. 296. Because it is not appropriate for an appellate court to make findings of fact and conclusions of law, we **DENY** the motion.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE